IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| James Turner,<br>    Plaintiff, | )<br>)<br>) |
| - vs- | )<br>) Case. No<br>) |
| Prisoner Review Board and the<br>Illinois Department of Corrections,<br>    Defendant(s) | ) 15cv4821<br>) Judge Virginia M. Kendall<br>) Magistrate Judge Michael T. Mason<br>) PC5<br>) |

RECEIVED
MAY 29 2015 EAA
May 29 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PRO SE CIVIL RIGHTS COMPLAINT */

Pursuant 42 U.S.C. §1983, plaintiff James Turner, presents this Complaint Pro Se, and beesch this Court to enter Orders finding defendant(s) are holding him pursuant a false imprisonment on a frivolous, non-existent Parole term never imposed by the trial judge against him, forcing him to be tortured and serve time never entered by the trial court, entitling him to this Court finding defendant(s) liable and to enter judgement in plaintiff's behalf against them. Jurisdiction is established by federal statute.

## PARTIES

i) Plaintiff is a citizen of the U.S.A. and a lifelong resident of the State of Illinois, County of Cook and city of Chicago.

ii) Defendant(s) are citizens of the U.S.A. and assumed residents of State of Illinois.

---

*/ And request leave to write on back of pages, due to lack of blank paper.

## STATEMENT OF FACTS

1. Plaintiff is being illegally held by the defendant(s) pursuant false imprisonment on a sentence never imposed by the trial judge of (3) years on Mandatory Supervised Release (MSR) term of parole, and held pursuant parole violation that's non-existent.[1]

2. Further conditions of his false imprisonment, subjects plaintiff to cruel and unusual punishment, because a) he serving a sentence never imposed against him; and b) because he being tortured by defendant(s) and denied medical, dental and psychological treatment and care, but, also denied food, showers, clothing, bedding, law library access, phone calls, visits, hot water, etc., by his confinement to Statesville NRC Unit. (See Motion for TRO and Habeas Petition Statement of facts). ("FACTS").

3. Additionally plaintiff is being tortured being confined to disciplinary segregation type confinement, where he's violated none of defendant(s) prison rules, and denied treatment and care of his numerous ailments, he's in pain (24) hours daily and due to his age and health conditions, he cannot survive his present illegal imprisonment, much longer.

## LEGAL CLAIM COUNT I

4. Both named defendant(s) acts, practice, policy, rules and omissions done intentionally, knowingly, willingly, arbitrarily and wantonly in conspiracy, corroboration, collusion or by express or implied consent, in bad faith, with deliberate indifference and total reckless disregard of plaintiff's guaranteed rights and deprives him of Due Process, Equal Protection of the law and subjects him to cruel and unusual punishment in violation of the 5th, 8th and 14th Amendments to the U.S. Constitution.

-2-

---

[1] as plaintiff cannot violate parole, Judge Fitzgerald never imposed on him to serve.

## LEGAL CLAIM COUNT 2

5. The named defendant(s) acts and omissions done intentionally, etc., deprives plaintiff of his right to Due Process under Article 1, § 2 of the Illinois State Constitution.

## LEGAL CLAIM COUNT 3

6. Defendant(s) false imprisonment of plaintiff and torturous conditions they have subjected him to violate both U.S. and Illinois State Criminal statutes.

## LEGAL CLAIM COUNT 4

7. Defendant(s) acts and omissions violate their own rules and regulations

## RELIEF

A) Plaintiff accordingly heretofore seek the following relief in his behalf:

    i) That plaintiff be discharged from defendant(s) custody, pending final adjudication of his complaints, or,

    ii) That plaintiff be transferred to Dixon C.C., where he can be treated for his Hepatitis-C contraction;

B) Compensatory judgement and Damages of $25. Million Dollars assessed against each named defendant to be awarded plaintiff from each individually + seperately.

-3-

C) Punitive Damages of $50. Million Dollars to be assessed against each named defendant individually and seperately and awarded plaintiff;

D) That criminal charges be lodged against each named defendant and each tried to the fullest extent of the law;

E) That defendant(s) be ordered to pay all Court cost, and fees associated with this action;

F) That counsel be appointed plaintiff and defendant pay said counsel reasonable Attorney fees;

G) Any additional and further Relief that this Court deems equitable, proper and just.

WHEREFORE DO HE PRAY.

Respectfully submitted,

*James*

James Turner
#N-01161
P.O. Box 722
Joliet, Il. 60434